*[Handwritten notation: Issued Ntc of Renewal to Plaintff]*

1  Patrick T. Connor, Bar No. 089136
    Email: pconnor@deconsel.com
2  Yan Gershfeld, Bar No. 251375
    Email: ygershfeld@deconsel.com
3  members of
    DeCARLO, CONNOR & SHANLEY,
4  a Professional Corporation
    533 S. Fremont Avenue, Ninth Floor
5  Los Angeles, California 90071-1706
    Telephone: (213) 488-4100
6  Telecopier: (213) 488-4180

7  Attorneys for Plaintiff, Carpenters Southwest
    Administrative corporation, formerly known as Carpenters
8  Southern California Administrative Corporation
    and Floyd Clay

9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                      WESTERN DIVISION

13

| | |
|---|---|
| 14  CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE 15  CORPORATION, and FLOYD CLAY, etc., et al. 16                Plaintiffs, 17  v. 18  TYRONE WESLEY WEBB, also known 19  as TYRONE W. WEBB, also known as TYRONE WEBB, individually and 20  doing business as MR. T'S DRYWALL, a sole proprietorship, 21                Defendant(s). 22 | CASE No. CV 01-1033 ABC(SSx)  [~~PROPOSED~~] ORDER FOR RENEWAL OF JUDGMENT |

23        The judgment debtor, TYRONE WESLEY WEBB, also known as

24  TYRONE W. WEBB, also known as TYRONE WEBB, individually and doing

25  business as MR. T'S DRYWALL, a sole proprietorship, ("DEFENDANT"),

26  having judgment entered against him on September 13, 2001;

27        NOW, upon application of CARPENTERS SOUTHWEST

28  ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS

1 | SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, ("CSAC"),
2 | and upon declaration that DEFENDANT has failed to pay the total amount of said
3 | judgment; and that DEFENDANTS are indebted to CSAC.
4 |     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment
5 | against DEFENDANT, be renewed in the amount of $29,126.63 which is broken
6 | down as follows:
7 | Judgment as entered:

|   |    |                                                      |        |
|---|----|------------------------------------------------------|--------:|
| 8 | a. | Principal ........................................ $ | 39,064.83 |
| 9 | b. | Judgment interest ............................. $    | 1,280.49 |
| 10| c. | Costs .............................................. $ | 0.00 |
| 11| d. | Attorney Fees ................................. $    | 2,946.27 |
| 12|    | Subtotal (Judgment as entered) ......... $           | 43,291.59 |
| 13| e. | Less credits after judgment ............... $        | 15,472.16 |
| 14| f. | Interest after judgment computed from                |        |
| 15|    | June 12, 2007 through October 16, 2008               |        |
| 16|    | at 3.43% ($2.72 per day)... ................ $       | 1,307.20 |
| 17|    | GRAND TOTAL ................................. $      | 29,126.63 |

19 | OCT 2 1 2008
20 | DATED:_____          _____
21 |                                CLERK
   |                                UNITED STATES DISTRICT JUDGE
   | Presented by:
22 |
   | DeCARLO, CONNOR & SHANLEY,
23 | A Professional Corporation
24 |
25 | BY: /s/ Yan Gershfeld
   |     YAN GERSHFELD
26 | Attorneys For Judgment Creditor,
   | Carpenters Southwest Administrative
27 | Corporation
28 |