1  CASEY JENSEN, Bar No. 263593
   cjensen@deconsel.com
2  DeCARLO & SHANLEY,
   a Professional Corporation
3  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California 90071-1706
4  Telephone: (213) 488-4100
   Telecopier: (213) 488-4180
5

6  Attorneys for Plaintiff, Carpenters Southwest
   Administrative corporation, formerly known as Carpenters
7  Southern California Administrative Corporation
   and Floyd Clay

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, and FLOYD CLAY, etc., et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>TYRONE WESLEY WEBB, also known as TYRONE W. WEBB, also known as TYRONE WEBB, individually and doing business as MR. T'S DRYWALL, a sole proprietorship,<br><br>         Defendant(s). | CASE No. CV 01-1033 ABC(SSx)<br><br>RENEWAL OF JUDGMENT |

The judgment debtor, TYRONE WESLEY WEBB, also known as TYRONE W. WEBB, also known as TYRONE WEBB, individually and doing business as MR. T'S DRYWALL, a sole proprietorship, ("DEFENDANT"), having judgment entered against him on September 13, 2001;

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, and FLOYD

CLAY, ("PLAINTIFFS"), and upon declaration that DEFENDANT has failed to pay the total amount of said judgment; and that DEFENDANT is indebted to PLAINTIFFS.

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against DEFENDANT, be renewed in the amount of $32,921.72 which is broken down as follows:

Judgment as entered:

| | | | | |
|---|---|---|---|---|
| a. | Principal | ................................................ | $ | 39,064.83 |
| b. | Judgment interest | ................................................ | $ | 1,280.49 |
| c. | Costs | ................................................ | $ | 0.00 |
| d. | Attorney Fees | ................................................ | $ | 2,946.27 |

Subtotal (Judgment as entered) ................................................ $ 43,291.59

| | | | | |
|---|---|---|---|---|
| e. | Less credits after judgment | ................................................ | $ | 15,472.16 |
| f. | Interest after judgment computed from June 12, 2007 through October 16, 2008 at 3.43% ($2.72 per day)... | ................................................ | $ | 1,307.20 |

Subtotal (Judgment as renewed) ................................................ $ 29,126.63

////

////

////

////

////

////

2

| | | |
|---|---|---|
| 1 | g. | Less credits after judgment.................................................... $ 0.00 |
| 2 | h. | Interest after judgment computed from October 21, 2008 |
| 3 | | through September 11, 2018 at 1.25% ($1.11 per day).... $ 3,795.10 |
| 4 | i. | Subtotal................................................................................. $ 32,921.72 |
| 5 | j. | Costs after judgment............................................................. $ 0.00 |
| 6 | GRAND TOTAL....................................................................................... $ 32,921.72 |

DATED: September 28, 2018

*Sharon Hall-Brown* (signature)
Sharon Hall-Brown, Deputy Clerk

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation

KIRY K. GRAY, CLERK OF COURT

BY: _____
CASEY JENSEN
Attorneys For Judgment Creditor,
Carpenters Southwest Administrative
Corporation, formerly known as
Carpenters Southern California
Administrative Corporation and Floyd Clay

PROOF OF SERVICE (By Mail)
(USDC Case No. CV 01-1033 ABC(SSx))

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 South Fremont Avenue, 9th Floor, Los Angeles, California 90071-1706.

On September 25, 2018, I served a copy of the foregoing document, described as **[PROPOSED] ORDER FOR RENEWAL OF JUDGMENT**, on defendant, addressed as follows:

Tyrone Wesley Webb, aka Tyrone W. Webb,
aka Tyrone Webb, indiv. and dba
Mr. T's Drywall, a sole proprietorship
xxxxxxxxxxxxxxxx
Inglewood, California 90303

in said action, placing [x] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

[x] (BY DEPOSIT FOR COLLECTION) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Executed on September 25, 2018, at Los Angeles, California.

[x] (FEDERAL) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Esta Hamilton